IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| VERONICA ALBORNOZ, | 08-29018 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| GE Money Bank dba Gap Visa Card<br>Care of Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $4.64 |

The address listed above constitutes the last known address in question. The check in the amount of $4.64 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 13 day of May, 2010.

_____
Duane H. Gillman, Trustee

SLC_603371.1